**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge David L. West**

**Criminal Case No.  14-CR-00079-DW**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**vs.**

**1. DANIEL OMAR FLORES-RAMERIZ,**

**Defendant.**

---

**ORDER RE: MOTION FOR ORDER DISMISSING INDICTMENT AND**
**VACATING STATUS CONFERENCE SCHEDULED FOR MARCH 24, 2014 [Doc. #16]**

---

**ORDER ENTERED BY MAGISTRATE JUDGE DAVID L. WEST**

      The U. S. Attorneys Office has filed a Motion to Dismiss the Indictment, and therefore, the Status Conference set for March 24, 2014 at 9:00 a.m. is hereby VACATED.

      **IT IS HEREBY ORDERED** this case is now a Denver case and the Clerk's Office should draw a District Court Judge for a ruling on the Motion to Dismiss.

**DATED: March 24, 2014.**

                                        **BY THE COURT:**

                                        **s/David L. West**
                                        **United States Magistrate Judge**